No. 10–9521. TAPIA v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 10–9525. SMITH v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 10–9532. ALLEN v. NAJI ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9551. WILKIN v. DENNEY, WARDEN. Sup. Ct. Mo. Certiorari denied.

No. 10–9568. LAVALLE v. ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–9598. EDWIN v. WILLIAMS, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–9645. MCGOWAN v. MERRILL, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 10–9649. BENSON v. MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 10–9658. TATE v. DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 10–9676. CHAMBERS v. HATHAWAY, JUDGE, COURT OF COMMON PLEAS OF PENNSYLVANIA, WESTMORELAND COUNTY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9701. SANDOVAL v. TOLEDO CORRECTIONAL INSTITUTION ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–9704. LEWIS v. TENNIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9713. STEPHENS v. THURMER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–9728. BURGESS v. HARTFORD LIFE INSURANCE CO. C. A. 2d Cir. Certiorari denied.